IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | Case No. 3:18-CR-144 (1) |
| vs. | : | HONORABLE WALTER H. RICE |
| BYRD, Jeremy | : | |
| Defendant | : | |

## ORDER OF THE COURT

For good cause shown, the Court hereby orders the following:

1. The Court grants the Federal Bureau of Investigations (FBI) and case agent the authority to search the Samsung tablet to determine compliance with bond release conditions filed on September 20, 2018.

All other conditions remain in full force and effect.

_6-13-19_
Date

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE